UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| FRANK LAMONT EUBANKS,<br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY<br>Commissioner of Social Security,<br><br>    Defendant. | No: 2:23-cv-06511-SSC<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of SIX THOUSAND NINE HUNDRED DOLLARS ($6,900.), subject to the terms of the stipulation.

DATE: September 25, 2024

_____
HON. STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

-1-